UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BRENDA DYE,

      Plaintiff,

v.                                                    Case No. 5:20-cv-459-GKS-NPM

COMMISSIONER OF   SOCIAL
SECURITY,

      Defendant.

_____

**ORDER**

Before the Court are Defendant's Opposed Second Motion for Stay of Proceedings (Doc. 17) and Plaintiff's Response (Doc. 18). For a second time, Defendant requests this action be stayed in order to produce a certified transcript of the record and file an answer. Defendant includes the same or similar arguments from his previous motion. (Doc. 17, pp. 1-3). In sum, the pandemic has impacted the agency's operations and it has a backlog of actions awaiting certified transcripts. (*Id.*). In response, Plaintiff raises the same or similar objections in opposing the stay, arguing Defendant's efforts are insufficient. (Doc. 18, pp. 1-3). While objecting to a ninety-day stay, Plaintiff agrees to a 30-day extension. (*Id.*, pp. 2-3). After considering the circumstances, the Court will extend Defendant's deadline to answer by forty-five days.

Accordingly, the Opposed Second Motion for Stay of Proceedings (Doc. 17) is **GRANTED in part**. The Court extends the deadline for Defendant to file a certified transcript and answer to **March 22, 2021**. No further extensions will be granted without a detailed and case-specific showing that the Commissioner made a diligent effort to comply with the Court's deadline.

**DONE** and **ORDERED** in Fort Myers, Florida on February 8, 2021.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE